IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 21  A 10: 34

CLERK
SO. DIST. OF GA.

NATIONAL HEALTH INVESTORS, INC.,          )
                                          )
    Plaintiff,                            )
                                          )
    v.                                    )          CV 103-148
                                          )
MAUDE HAIR RAY JARVIS, et al.,            )
                                          )
    Defendants.                           )

## ORDER

By Order dated October 1, 2004, the Court granted Plaintiff's motion to add a party in substitution of Defendant, Barbara Ann Ray Dyches, after a Suggestion of Death as to Ms. Dyches was filed. At that time, however, the Probate Court for Richmond County, Georgia, had not yet appointed an administrator for Ms. Dyches' estate. Therefore, by Order dated November 5, 2004, the Court closed the case for statistical purposes, pending the appointment of an administrator. Upon notification from Plaintiff that the Richmond County Probate Court had named Nellie Ray Penley as the court-appointed administratrix for the Estate of Barbara Dyches, by Order dated September 2, 2005, this case was reopened.

Although a pretrial order was previously filed in this case on July 2, 2004, it appears that because of the substitution of parties, it is necessary that a supplemental pretrial order be filed. Accordingly, the parties shall have twenty (20) days from the undersigned date to submit a supplemental pretrial order.

SO ORDERED this 21 day of November, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA