# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 18 P 12: 11

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| NATIONAL HEALTH INVESTORS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CV 103-148 |
| ) | |
| MAUDE RAY JARVIS, ET AL ) | |
| ) | |
| Defendants ) | |

## ORDER

The deadline for filing proposed findings of fact, conclusions of law and proposed judgment is continued until further order of the Court.

SO ORDERED this 18th day of January, 2006.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA