IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NATIONAL HEALTH INVESTORS, )
INC. )
)
)
v. ) CV 103-148
)
MAUDE RAY JARVIS, ET AL )
)
Defendants )

**ORDER**

The above and foregoing case will be tried by the Court without a jury during the August 7, 2006 trial week in Augusta.

Counsel for the parties are directed to file three copies of proposed findings of fact, conclusions of law and proposed judgment on or before July 10, 2006.

SO ORDERED this 25 day of April, 2006.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA